# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** JOSE MIGUEL GOMEZ-DIAZ (J)#  **CASE NO:** 21-6552-SNOW

**AUSA:** Don Chase - Zoom _present_  **ATTY:** - Zoom (If applicable-appeals colloquy)

**AGENT:**  **VIOL:** Material Witness

**PROCEEDING:** INITIAL APPEARANCE  **RECOMMENDED BOND:** PTD

**BOND HEARING HELD** - yes / (no)  **COUNSEL APPOINTED:** Jacob Cohen - CJA

**BOND SET @:** $250,000 CSB w/Nebbia  **To be cosigned by:** _Appointed_

Rule 77.1 advised ✓

***SPANISH INTERPRETER ORDERED***

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Notes:
- ∆ - agrees to video conf.
- ∆ - advised of complaint.
- Court sets a high bond - Atty can ask for a hearing at a later date
- INS hold,
- ∆ - Sworn for counsel
- ∆ - found indigent
- CJA - appointed

**NEXT COURT APPEARANCE:**  **DATE:**  **TIME:**  **JUDGE:**  **PLACE:**

**PTD/BOND HEARING:**

**PRELIM/ARRAIGN/ STATUS RE DEPOS.:**  10-15-21  11:00am  Strauss

**CHECK IF APPLICABLE _____:** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

**DATE:** 10-1-21  **TIME:** 11:00am  10min  **DAR/ZOOM:** 12:03:59  **PAGE:** 11