UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-MJ-6552-SNOW

UNITED STATES OF AMERICA,

v.

VICTOR ALFONSO ARANGO,
DEYVIS NOE HERRERA-PEREZ,
JULIO CESAR TORRES CATALA,
and JOSE MIGUEL GOMEZ DIAZ,

Defendants.
_____/

FILED BY_____D.C.

OCT 21 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

ORDER

THIS MATTER comes before the Court upon the Government's Unopposed Motion to Continue Depositions. [DE 12]. The four Defendants have been charged by way of a material witness complaint, pursuant to 18 U.S.C. § 3144, in order to preserve their testimony for use in the prosecution of Delon Knowles, who has been separately charged with alien smuggling. The material witness complaint was filed on October 1, 2021, and the Defendants made their initial appearances the same day. [DE 1-5]. At their initial appearances, the Court set arraignments and preliminary hearings for each Defendant for October 15, 2021. On October 13, 2021, the Government moved to continue those hearings (though referring to the hearings as a "status conference"). [DE 10]. That motion noted that the scheduling of depositions for the Defendants was delayed for approximately seven days while one of the Defendants sought to hire counsel. The status conference, arraignments, and preliminary hearings were consequently continued for seven days. [DE 11].

The Government's current motion asks to continue "depositions" for fourteen days. To be clear, the Court does not (and has not) set a schedule for depositions to occur. That is the

1

Government's responsibility, in coordination with defense counsel. However, I interpret the Government's motion as seeking to continue the scheduled arraignments and preliminary hearings for fourteen days. The motion represents that defense counsel have no objection to the motion. Being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Government's motion [DE 12] is **GRANTED** to the extent it seeks to continue the Defendants' arraignments and preliminary hearings. The Defendants' arraignments and preliminary hearings are hereby continued to November 5, 2021. The Court expects that by November 5, the parties will be able to notify the Court that they have completed the Defendants' depositions. The time period between October 22 and November 5, 2021, is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A). The Court finds that the ends of justice served by granting the continuance outweighs the interests of the Defendant and the public in a speedy trial. *Id.*

DONE AND ORDERED at Fort Lauderdale, Florida this 21st day of October 2021.

Jared M. Strauss
United States Magistrate Judge

Copies to:

Counsel of Record