UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-6552-SNOW

IN RE: MATERIAL WITNESSES:

VICTOR ALFONSO ARANGO,
DEYVIS NOE HERRERA-PEREZ,
JULIO CESAR TORRES CATALA, and
JOSE MIGUEL GOMEZ DIAZ,

### ORDER of DISMISSAL

THIS CAUSE is before the Court on the United States of America's Motion to Dismiss the Material Witness Complaint. (ECF No. 18)  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Florida moves to dismiss the Material Witness Complaint without prejudice.  Therefore, it is hereby

ORDERED AND ADJUDGED that the Government's motion is GRANTED and the Material Witness Complaint as to VICTOR ALFONSO ARANGO, DEYVIS NOE HERRERA-PEREZ, JULIO CESAR TORRES CATALA, and JOSE MIGUEL GOMEZ DIAZ is DISMISSED WITHOUT PREJUDICE.

DONE AND ORDERED at Fort Lauderdale, Florida, this day 18th day of November, 2021.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record